FILED ___ ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 3 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff,

v.

WILLIAM MOORE et al.,

    Defendants.

3:14-cv-303-MMD-VPC

**ORDER**

On October 30, 2014, the Office of the Attorney General filed its 90-day status report indicating that mediation with a court-appointed mediator is scheduled for November 25, 2014. (ECF No. 7 at 2). The Court now extends the stay and directs the Office of the Attorney General to file an updated status report on or before December 2, 2014.

IT IS ORDERED that the stay is extended through December 2, 2014.

IT IS FURTHER ORDERED that the Office of the Attorney General shall file an updated status report on or before December 2, 2014.

DATED: This 3rd day of November, 2014.

_____
United States Magistrate Judge