# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-CV-0303-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 6, 2015 |
| WILLIAM MOORE, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion for a scheduling order (#24) is **DENIED as moot**.  The Clerk shall **SEND** one copy of the scheduling order issued on February 11, 2015 to the plaintiff (#21).

    **IT IS SO ORDERED.**

                                    LANCE S. WILSON, CLERK

                       By:            /s/
                                    Deputy Clerk