RECEIVED
FILED _____ SERVED ON
_____ ENTERED COUNSEL/PARTIES OF RECORD

**SEP 3 0 2016**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-CV-0303-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 30, 2016 |
| WILLIAM MOORE, et al., | ) | |
| Defendants. | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** _____LISA MANN_____   **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for extension of legal copy work (ECF No. 78) is **GRANTED in part**. In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to copy documents for trial in this case. The court will allow plaintiff an opportunity to exceed his photocopy limit in the amount of $10.00 in this case. The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available. The court cautions plaintiff that he should carefully consider the documents he intends to copy as the court will not further allow plaintiff to exceed the copy limit. The Clerk shall **MAIL** a copy of this order to Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

The parties are advised that they have failed to file a proposed joint pretrial order on or before August 22, 2016 pursuant to the District Court's order (ECF NO. 71). Therefore, the parties shall have to and including **Friday, October 14, 2016** to file a proposed joint pretrial order. **No further extensions of time shall be granted**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk