**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-CV-0303-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 7, 2016 |
| | ) | |
| WILLIAM MOORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to extend time to November 11, 2016 to file a proposed joint pretrial order was granted by the District Court (ECF No. 89).  Therefore, plaintiff's motions for a trial date and to extend time to file joint pretrial order (ECF No. 84 & 85) are **DENIED as moot**.  A trial date will be set by the District Court after the proposed joint pretrial order is filed.

Plaintiff's motions for appointment of counsel (ECF Nos. 86 & 88) are **DENIED** for the same reasons set forth in the court's prior orders denying counsel (ECF Nos. 20 & 77).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
Deputy Clerk